1
2
3
4
5
6
7
8
9   UNITED STATES DISTRICT COURT
10   CENTRAL DISTRICT OF CALIFORNIA
11
12   JOHN ROETTGEN,                          )   Case No. CV 05-6554 R(JC)
                                             )
13                        Petitioner,        )
                                             )   JUDGMENT
14            v.                             )
                                             )
15   STUART RYAN, Warden,                    )
                                             )
16                        Respondent.        )
                                             )
17   _____
18        Pursuant to this Court's Order Adopting Findings, Conclusions and
19   Recommendations of United States Magistrate Judge,
20        IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person
21   in State Custody is denied and this action is dismissed with prejudice.
22
23   DATED:  _June 30, 2009___
24
25                                           _____
26                                           HONORABLE MANUEL L. REAL
27                                           UNITED STATES DISTRICT JUDGE
28